# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                   Plaintiff,

       - against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYOUNG SHI, JIA LIAN, XIAO YU,

                 Defendants.

**No. 1:18-cv-11642-VM-DCF**

**ORDER TO SHOW CAUSE**

Upon the declaration of Michael James Maloney, dated May 26, 2023, and all exhibits attached thereto, and the accompanying memorandum of law dated May 26, 2023, all documents referenced therein, and all prior proceedings, it is

**ORDERED** that Robert W. Seiden, the court appointed temporary receiver ("Receiver") of Link Motion Inc., f/k/a NQ Mobile Inc. (the "Company"), and the Receiver's agent in China, Mr. Fancis "Lilin" Guo, show cause before a motion term of this Court at room ___, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York on _____, 2023 at ___ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 enjoining the Receiver, Mr. Guo, and all persons acting at their direction or control from:

    (a) proceeding with any extraordinary general meetings (the "EGMs" and each separately an "EGM") of the shareholders of LKM including but not limited to the EGMs noticed for May 30, 2023 and May 31, 2023,

    (b) taking any other corporate action respecting LKM,

(c)  exercising any rights as a shareholder of LKM,

(d)  issuing shares of LKM;

(e)  voting shares of LKM;

(f)  transferring any assets or interests of LKM; and

(g)  failing to preserve assets or interests of LKM,

pending a final determination of the objections to the Receiver's accounting and his discharge; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Dr. Shi's application for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, the EGMs of the Company called for May 30, 2023 and May 31, 2023 are hereby temporarily enjoined.

**ORDERED** that service by email and ECF upon Plaintiff or his counsel and Receiver or his counsel on or before _____ shall be deemed good and sufficient service thereof.

Dated: New York, New York

_____, 2023

_____
United States Magistrate Judge