# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**  **2. PLEASE TYPE OR PRINT**  **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Wayne Baliga,<br>　　　Plaintiff-Appellee,<br><br>Robert W. Seiden,<br>　　　Receiver-Appellee,<br>　　　　v.<br>Vincent Wenyong Shi,<br>　　　Defendant-Appellant. | U.S.D.C. S.D.N.Y. | Victor Marrero |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>5/10/2023 | District Court Docket No.:<br>18 Civ. 11642 |
| | Date the Notice of Appeal was Filed:<br>05/25/2023 | Is this a Cross Appeal?<br>☐ Yes　✔ No |

**Attorney(s) for Appellant(s):** ☐ Plaintiff　✔ Defendant

Counsel's Name / Address / Telephone / Fax / E-mail:

Michael J. Maloney, Felicello Law P.C., 366 Madison Ave., 3rd FL, NY, NY 10017, phone: 212-584-7806, fax: 424-538-4539, email: mmaloney@felicellolaw.com

Rosanne E. Felicello, Felicello Law P.C., 366 Madison Ave., 3rd FL, NY, NY 10017, phone: 212-584-7806, fax: 424-538-4539, email: rosanne@felicellolaw.com

**Attorney(s) for Appellee(s):** ✔ Plaintiff　☐ Defendant

Counsel's Name / Address / Telephone / Fax / E-mail:

Miriam Bahcall Greenberg Traurig - 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601 - T +1 312.476.5135  F +1 312.899.0437 bahcallm@gtlaw.com

For Receiver - Amiad Kushner, Seiden Law LLP, 322 Eighth Avenue, Suite 1200 New York, NY 10001 - 212-523-0686 - akushner@seidenlaw.com

| Has Transcript Been Prepared?<br>No | Approx. Number of Transcript Pages:<br>n/a | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? ☐ Yes　✔ No<br><br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:　　Reporter Citation: (i.e., F.3d or Fed. App.) |

*ADDENDUM "A":* COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B":* COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
- ☐ U.S. a party
- ✔ Federal question (U.S. not a party)
- ☐ Diversity
- ☐ Other (specify): _____

**2. Appellate Jurisdiction**
- ☐ Final Decision
- ✔ Interlocutory Decision Appealable As of Right
- ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- ☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) |||
|---|---|---|
| 1. Stage of Proceedings<br>☑ Pre-trial<br>☐ During trial<br>☐ After trial | 2. Type of Judgment/Order Appealed<br>☐ Default judgment ☐ Dismissal/other jurisdiction<br>☐ Dismissal/FRCP 12(b)(1) ☐ Dismissal/merit<br>   lack of subject matter juris. ☐ Judgment / Decision of the Court<br>☐ Dismissal/FRCP 12(b)(6) ☐ Summary judgment<br>   failure to state a claim ☐ Declaratory judgment<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) ☐ Jury verdict<br>   frivolous complaint ☐ Judgment NOV<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) ☐ Directed verdict<br>   other dismissal ☑ Other (specify): Denial of request to modify injunction | 3. Relief<br>☐ Damages:<br>   ☐ Sought: $ _____<br>   ☐ Granted: $ _____<br>   ☐ Denied: $ _____<br>☑ Injunctions:<br>   ☑ Preliminary<br>   ☐ Permanent<br>   ☑ Denied |

| PART C: NATURE OF SUIT (Check as many as apply) ||||
|---|---|---|---|
| 1. Federal Statutes<br>☐ Antitrust ☐ Communications ☐ Freedom of Information Act<br>☐ Bankruptcy ☐ Consumer Protection ☐ Immigration<br>☐ Banks/Banking ☐ Copyright ☐ Patent ☐ Labor<br>☐ Civil Rights ☐ Trademark ☐ OSHA<br>☐ Commerce ☐ Election ☑ Securities<br>☐ Energy ☐ Soc. Security ☐ Tax<br>☐ Commodities ☐ Environmental<br>☐ Other (specify): _____ | 2. Torts<br>☐ Admiralty/<br>   Maritime<br>☐ Assault /<br>   Defamation<br>☐ FELA<br>☐ Products Liability<br>☑ Other (Specify):<br>   common law claims | 3. Contracts<br>☐ Admiralty/<br>   Maritime<br>☐ Arbitration<br>☐ Commercial<br>☐ Employment<br>☐ Insurance<br>☐ Negotiable<br>   Instruments<br>☐ Other Specify | 4. Prisoner Petitions<br>☐ Civil Rights<br>☐ Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |
| 5. Other<br>☐ Hague Int'l Child Custody Conv.<br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): _____<br>☐ Other (specify): _____ | 6. General<br>☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | 7. Will appeal raise constitutional issue(s)?<br>☐ Yes ☑ No<br><br>Will appeal raise a matter of first impression?<br>☐ Yes ☑ No ||

1. Is any matter relative to this appeal still pending below? ☑ Yes, specify: Temporary restraining order entered on May 26, 2023 based on newly disclosed facts ☐ No
2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal? ☐ Yes ☑ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant:

| Date: June 5, 2023 | Signature of Counsel of Record: /s/ Michael James Maloney |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

      **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)