# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Wayne Baliga,<br>　　　　Plaintiff-Appellee,<br><br>Robert W. Seiden,<br>　　　　Receiver-Appellee,<br>　　v.<br>Vincent Wenyong Shi,<br>　　　　Defendant-Appellant. | **DISTRICT**<br>U.S.D.C. S.D.N.Y. | **DOCKET NUMBER**<br>18-cv-11642 |
| | **JUDGE**<br>Hon. Victor Marrero | **APPELLANT**<br>Vincent Wenyong Shi |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Michael James Maloney |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

n/a

**METHOD OF PAYMENT**　　☐ Funds　　☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

n/a

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Michael James Maloney | June 5, 2023 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017