# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand twenty-three.

_____

| | |
|---|---|
| Wayne Baliga, derivatively on behalf of Link Motion Inc., FKA NQ Mobile Inc., | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 23-827 |
| Robert W. Seiden, 469 Seventh Avenue New York, NY 10018 (212) 523-0686, | |
|     Receiver - Appellee, | |
| v. | |
| Vincent Wenyong Shi, | |
|     Defendant – Appellant. | |

_____

    Appellant filed a notice of appeal in the above-referenced matter. Form D was filed on June 5, 2023, and Second Circuit Local Rule 31.2(a)(1)(A) required Appellant to file a scheduling notification letter within 14 days of that date. Appellant failed to submit a scheduling notification letter. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before August 16, 2023. The appeal will be dismissed effective August 16, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                For the Court:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

