# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-three.

Before: William J. Nardini,
   *Circuit Judge,*

_____

Wayne Baliga, derivatively on behalf of Link Motion Inc., FKA NQ Mobile Inc.,

       Plaintiff - Appellee,

Robert W. Seiden, 469 Seventh Avenue New York, NY 10018 (212) 523-0686,

       Receiver - Appellee,

v.

Vincent Wenyong Shi,

       Defendant – Appellant.

_____

**ORDER**

Docket No. 23-827

Appellant moves for a one-month extension to file his brief and appendix, stating that Appellant's lead counsel has "several conflicting professional obligations" and that Appellee's counsel similarly has "conflicting professional obligations" during the time for filing a responsive brief.

The motion is DENIED. Pursuant to 2d Cir. Local Rule 27.1(f)(1), this Court "will not grant a motion to extend the time to file a brief" "[a]bsent an extraordinary circumstance, such as serious personal illness or death in counsel's immediate family." The motion does not set forth any "extraordinary circumstance," much less one that rises to the level of the examples cited in this Court's rules.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court